# EXHIBIT A

# Transcript of Milwaukee County Board of Supervisor's
# December 15, 2016

| | |
|---|---|
| Chairman Lipscomb | Good morning. The December 15th, 2016 meeting of the Milwaukee County Board of Supervisors will come to order. The first order of business is the call of the roll. Mr. Clerk, please call the roll. Supervisor Nicholson is excused from today's meeting. |
| Clerk | Thank you. Supervisor Alexander. |
| Alexander | Present. |
| Clerk | Cullen. |
| Cullen | Here. |
| Clerk | Dimitrijevic. |
| Dimitrijevic | Here. |
| Clerk | Haas |
| Haas | Here. |
| Clerk | Johnson. |
| Johnson | Here. |
| Clerk | Mayo |
| Mayo | Present |
| Clerk | Moore Omokunde |
| Moore | Here. |
| Clerk | Sartori |
| Sartori | Here |
| Clerk | Schmitt |
| Schmitt | Here |
| Clerk | Sebring |
| Sebring | Here |
| Clerk | Staskunas |
| Staskunas | |
| Clerk | Taylor second |
| Taylor | Present. |
| Clerk | Taylor ninth |
| Taylor | Here. |
| Clerk | Wasserman |
| Wasserman | Here |
| Clerk | Weishan |
| Weishan | Here |
| Clerk | West |
| West | Present |
| Clerk | Mr. Chairman |
| Lipscomb | Here. Quorum is present. I invite members and our guests to please rise and join me in the pledge of allegiance followed by a brief moment of silence. |
| Group | I pledge allegiance to the flag of the United States of America and to the republic for which it stands, one nation under God, indivisible, with liberty and justice for all. |

|  | * * * |
|---|---|
| Lipscomb | 59. |
| Clerk | Item 59. Number 16-637. A resolution ordinance in conjunction with the Department of Parks, Recreation, and Culture, to amend Chapter 47.03 of the Milwaukee County Code of General Ordinances, to establish a policy for location-based augmented reality games in Milwaukee County Parks. The recommendation of the Committee on Parks, Energy, and Environment is adoption. Amendment number 1 offered by Supervisor Wasserman pending. |
| Lipscomb | Supervisor Wasserman. |
| Wasserman | I would like to move adoption of item 1 to item 59. This address – first of all, I would like to thank the Corporation Counsel and also Chairman Lipscomb for this amendment. This really does clarify some of items that were brought up in committee hearing about the framework and putting specific words into it and specific fines. I think it's a great amendment. It really kind of clarifies the questions that were raised in committee, and I would urge your approval on this amendment. |
| Lipscomb | Okay. Thank you. Supervisor Sartori on the amendment. |
| Sartori | I would like to be added with the consent of the author of this proposal as a co-sponsor. |
| Lipscomb | Okay. Supervisor Sartori asked to be added as a co-sponsor on the item. Hearing no objection, so ordered.<br><br>Supervisor Haas. |
| Haas | Thank you, Mr. Chairman. Mr. Chairman, the committee met and we discussed this item. I have been getting quite a bit of feedback about it, negative feedback. People saying what on earth are you doing, among other things. And I now have a number of questions actually about some of the definitions and the terms of the language. So I would like to also, Mr. Chairman, refer this back to the Parks Committee. |
| Lipscomb | Okay. Motion is for referral back to Parks Committee. Supervisor Sebring. |
| Sebring | Thank you, Mr. Chairman. I have also received a great number of calls from constituents and actually visits at my shop that are very concerned about this and not a single one of them was in favor of it. So I believe referring this back to committee would be appropriate. |
| Lipscomb | Okay. Supervisor Wasserman. |
| Wasserman | Thank you, Mr. Chairman. I think that one thing we to do as supervisors is we have to educate. And if you read through this amendment and you read through the resolution itself, it's very clear cut. What we're trying to do is we want to have framework when the electronic gaming comes to communities, not just Pokémon, but future games come to your district and to all of our districts, that we have a system as to how they come in. Currently we have no framework, and Pokémon which started on July 6th became a worldwide phenomenon and its first of many to come. And our county spent tens of thousands of dollars on law enforcement. Sheriff's deputies were taken off highways. They were put in parks, one park in particular. Going through parks at 10:00 at night chasing kids through waterfalls, through the forest, up and down, trying to get them out of the |

2

Case 2:17-cv-00569-JPS   Filed 04/21/17   Page 3 of 7   Document 6-1

parks by 10:00. We had to deal with waste. We had parks crews – they even got the house of corrections' prisoners walking in their jumpsuits – going picking up litter. We had the Milwaukee police department. All because of an event that took place and the many events that are going to be coming forward – came to our parks because of no framework, no legal framework. Electronic gaming is a new event that's going to be coming to your districts and we need a system. So working with Corporation Counsel, working with community members, working with gamers because at the same time people should be allowed to play games, working with the Parks Department, we came up with something that really worked, and we heard testimony in committee. There wasn't a single person that opposed it. Not one. Everyone was for it. So we had an open hearing. But games are coming and if you had an event in your district in your park and hundreds – I mean thousands of people show up. They don't get a permit. They don't pay for damage to your parks. What do you do? Now, when Summerfest comes in, a wedding party wants to have it, a beer garden – a beer garden is coming to your district – what do beer gardens have to do? They have to go through a permitting process. This is nothing more than that. In fact, there are safeguards in this for the companies themselves. We just want to have their name, their number. Would you believe when Pokémon came, we didn't even have a phone number to call for the company. We didn't have an email. We didn't have an address. There was no response from this company, which made thousands upon thousands of dollars on our Milwaukee County, and they didn't pay for one thing. None of the gardens. None of the garbage. None of the law enforcement. Not one thing and we didn't even have a phone number. They responded after a few months. They finally all of sudden said, oh, we're calling in, and they made a phone call at 4:55 to the county executive's office and said, hey' we're Nantech. Do you guys have a problem in the district? __ tells them you're doing business with Milwaukee County. You're doing business with us. You got to provide a name and a number. This basic thing. So this is a very simple framework. You can read this resolution. It takes a few seconds to read it – a few minutes. And we just educate our constituents that this is a business like any other business if you're coming to Milwaukee County, we need to have your name, number, phone number, and if you do damage to any of our parks, you're going to be held responsible. And at the same time we want gamers to be able to play games. In fact, we're even potentially having through the Parks Department an all you can play Pokémon festival all night long potentially at Veterans Park. Twenty-four hours of Pokémon. Now, for you gamers – we could put them over the edge as my colleague is saying from the 16th. I think this is a great simple resolution. I think we move forward on it because guess what – my district today. It's your district tomorrow. And you won't even have a phone number to call. Can you imagine in your district. Supervisor from the 18th, your district got a phone call – Supervisor from the 12th – all of a sudden and you don't even have a phone number to call and they're having a party. Beer gardens you have a phone number. If you have any other company, weddings come into your place, they're throwing a party, you have a phone number. You go through a permitting process. This is basically permitting.

3

|  | So I would like to thank the Chairman for his foresight and adding this, and also Colleague Foley who did an excellent job as Corporation Counsel who has really had to deal with this for month after month coming up with something that really works well.  So I would like to that those involved in coming up with this amendment. |
|---|---|
| Lipscomb | Thank you.  Supervisor West and then Sartori. |
| West | Thank you very much, Mr. Chairman. We had a brief discussion earlier about micromanaging, and I feel like this falls into that category. Pokémon Go, believe it or not, and their imaginary monsters, did not just affect Milwaukee County parks, and it did not just affect the Supervisor from the 3rd District's park. Pokémon Go -- and again, I don't play Pokémon Go mostly because I don't have storage on my phone. I am highly intrigued by it I'm not going to lie. My kids I raised them in the '80s. They all loved to Pokémon. We had the Pokémon cards. I knew the whole game. However, because my phone does not have storage properly to store the Pokémon in there once I catch them, I don't have Pokémon Go on my phone.  However, my children, my niece, my nephews, my sister-in-law, my brothers – they all have Pokémon Go on their phones, yes.  However, my son-in-law.  So my understanding of this particular game is that it is not just again the park from the Supervisor from the 3rd District but it does affect each of our districts. It affects – they were set up to be aligned with – again if my information is correct – with historical points. They were set up to correlate with libraries, places that you would find people that may be interested in hunting imaginary monsters. The area that I go to three times a week in south Milwaukee has actually three Pokémon Go spots within a half a block radius. So the library, the American Legion post, and the Caterpillar Museum are all Pokémon Go spots. We have never had to call the police. I have come out of work at 1:00 in the morning and the parking lot is full, and I'm like, whoa, what's going on here, and had someone explain to me that there was some kind of Poke phenomenon going on.  What I think would have been great is if we would have just gotten something that said, here, this is what's happening and now go and educate the people around the park.  I think it was more of the way that the neighborhood and the community dealt with the fear of the unknown than it was really a fact of the Pokémon Go or the Pokémon Go players being in the parks. And I say this because I had a meeting in Cudahy with the mayor of Cudahy who I like very much and who has a very good sense of humor.  And he said to me – we got on the subject of Pokémon Go – this was last summer – and he said, I got a call from the police chief on Friday night, and he said there's all of these young people out on the front lawn of city hall so he called me because he thought maybe they were protesting or something, and he wants to know from the mayor why are all these people here.  Well, it turns out that we have a Pokémon gym that is – I know I learned all this stuff, too – that is actually behind the city hall in Cudahy and it's attached to the water department so people go there and they battle their Pokémon there.  The chief says to the mayor, what would you like me to do, and he says why don't I just drive over there and see what they're doing, and he did.  So what actually the mayor did was he got his kid and got in |

4

| | |
|---|---|
| | the car and went over there because his kid played Pokémon Go so he wanted to go and see. So I think it has a lot to do with the education level and whether or not you know what's going on with it. I think this was kind of beyond our control. I never got to see the fiscal note so I didn't know that we had spent tens of thousands of dollars on the sheriff being in Lake Park. I do know one of the sheriff deputies who was over there and she told me herself that she would go home after her shift and grab her kid and she would go back to Lake Park, and they would play. So there were deputies there that maybe weren't even in uniform. So it seemed like it was very safe and very secure. I myself dropped my daughter off there last summer to play Pokémon Go. It was very popular. So I'm not sure that this is even within the realm of what we should be doing. I believe that we probably have other things that are probably more within our jurisdiction. I just really wanted for the Supervisor in the 3rd District to know that it actually really wasn't just – I mean Lake Park obviously was very popular because they had several I believe Poke stops within that one park, but we all had Pokémon stops in our parks. And I didn't receive -- honestly I didn't receive one call from anybody saying they had an issue with Pokémon or Pokémon trainers in any of my parks.<br><br>Thank you, Mr. Chairman. |
| Lipscomb | Thank you. Supervisor Sartori. |
| Sartori | Thank you, Mr. Chairman. I still want to reaffirm my support for the comments made by the 3rd District Supervisor. He had a very, very unique situation in Lake Park. I viewed the videotape of the park meeting. I also have received some constituent calls in opposition to this proposed ordinance -- more questions than opposition. The mayor of South Milwaukee contacted me directly, and he and his two children were playing Pokémon in Grant Park. I was unaware that there was a Pokémon stop in Cudahy, but I was aware that there were at least two in South Milwaukee.<br><br>This is a new phenomenon whether it's a fad or just what it is I don't know. For some people it's an addiction. We all heard about gambling addiction. We've all heard about alcohol addiction. Well, this is a form of addiction for some people. And that's – you know. There has to be some type of outside framework to protect our parks, to protect our park neighborhoods. And the initial, at least, lack of cooperation from the company is very, very disheartening. And that's all I have to say. |
| Lipscomb | Thank you, Supervisor. The motion is referral back to Parks. Okay. |
| Clerk | The question is shall the matter be referred to the Parks Committee.<br><br>Supervisor Alexander. |
| Alexander | Aye. |
| Clerk | Cullen |
| Cullen | Aye |
| Clerk | Dimitrijevic |
| Dimitrijevic | Aye |

| | |
|---|---|
| Clerk | Haas |
| Haas | Aye |
| Clerk | Johnson |
| Johnson | Aye |
| Clerk | Mayo |
| Mayo | |
| Clerk | Moore Omokunde |
| Moore | Aye |
| Clerk | Sartori |
| Sartori | Nay |
| Clerk | Schmitt |
| Schmitt | Aye |
| Clerk | Sebring |
| Sebring | Aye. |
| Clerk | Staskunas |
| Staskunas | Aye |
| Clerk | Taylor 2nd. |
| Taylor 2 | Aye. |
| Clerk | Taylor 9th |
| Taylor 9 | No |
| Clerk | Wasserman |
| Wasserman | No |
| Clerk | Weishan |
| Weishan | Aye |
| Clerk | West |
| West | Aye |
| Clerk | Mr. Chairman. |
| Lipscomb | Aye |
| Alexander | Alexander, aye to no. |
| Clerk | Mayo. |
| Mayo | I ___. |
| Clerk | Question is shall the matter be referred to the parks committee. |
| Mayo | Referred back? |
| Clerk | Referred to the Parks Committee. |
| Mayo | Ok.  Sure. ___ |
| Lipscomb | 13 ayes, 4 nos. The item is referred to Parks. |

**15680155**