# EXHIBIT B

## iiTranscript of Milwaukee County Board of Supervisor's
## February 2, 2017

| Chairman Lipscomb | Good morning. The February 2nd, 2017 meeting of the Milwaukee County Board of Supervisors will come to order. The first order of business is the call of the roll. We are joined this morning by County Clerk Christensen. His first meeting that he will help us run today. |
|---|---|
| Clerk | Thank you. Supervisor Alexander. |
| Alexander | Present. |
| Clerk | Cullen. |
| Cullen | Here. |
| Clerk | Dimitrijevic. |
| Dimitrijevic | Here. |
| Clerk | Haas |
| Haas | Here. |
| Clerk | Johnson. |
| Johnson | Here. |
| Clerk | Mayo |
| Mayo | Present |
| Clerk | Moore Omokunde |
| Moore | Here. |
| Clerk | Nicholson |
| Nicholson | Here. |
| Clerk | Sartori |
| Sartori | Here |
| Clerk | Schmitt |
| Schmitt | Here |
| Clerk | Sebring |
| Sebring | Here |
| Clerk | Staskunas |
| Staskunas | Here |
| Clerk | Taylor second |
| Taylor | Present. |
| Clerk | Taylor ninth |
| Taylor | Here. |
| Clerk | Wasserman |
| Wasserman | Here |
| Clerk | Weishan |
| Weishan | Here |
| Clerk | West |
| West | Present |
| Clerk | Mr. Chairman |
| Lipscomb | Here. Quorum is present. Okay. I invite members and our guests to please rise and join me in the pledge of allegiance followed by a brief moment of silence. |
| Group | I pledge allegiance to the flag of the United States of America and to the republic |

| | |
|---|---|
| | for which it stands, one nation under God, indivisible, with liberty and justice for all. |
| | * * * |
| Lipscomb | Item 41. |
| Clerk | Item 41. Number 16-637. A resolution ordinance in conjunction with the Department of Parks, Recreation, and Culture, to amend Section 47.03 of the Milwaukee County Code of General Ordinances, to establish a policy for location-based augmented reality games in Milwaukee County Parks. This item was recommended for adoption by the Committee on Parks, Energy, and Environment. |
| Lipscomb | Supervisor Wasserman. |
| Wasserman | Thank you, Mr. Chairman. This ordinance has been before you before. We've heard about this, we've listened to constituents. We've listened to people that have been affected by this, and we've watched the videos and seen the pictures of damages done to a park. A jewel in our system. It's time that we have an ordinance that basically says that if an entity wants to come in and they want to do business in our park, be like any other entity. Take out a permit. Make sure you're in the right part of the park, go through your permitting process. Let the parks do it and the parks have done it with every other business. What this ordinance basically does is it says that we're going to treat all businesses equally. Today we talked about fairness. We talked about everybody should be treated fairly. It wasn't creed, sex or color or anything that separates us. We should all be as one. One country. One America with no division. Parks are the same. All parks are equal in the city's and in the county's eyes and really in our public's eyes. We want to go there and we want to enjoy them. But we also have ordinances in the State of Wisconsin and our county has ordinances about conducting business in parks. For one entity to have no rules, they can do whatever they want, they can make money off of our community, they can do damage to our parks and there's no phone call, no place to go. It's not fair.<br><br>So one of the supervisors said this morning about how they came for one group one day and they came from another group another day. Today it is my park. Today it is my park, but guess what it will be your park tomorrow. This is just the start of the future reality of gaming. It's a new wave. It's coming. So sure, you can say Lake Park, those people out there are just complaining, but guess what, it will be your park tomorrow.<br><br>All I am asking for is just fairness. All I'm asking for is that all businesses are treated equally, all parks are treated equally, go through the permitting process. Let's make it fair and I'm open for questions. I've worked with corporation counsel on this. We've looked at the ordinances. We've looked at the state requirements. We've really worked hard on this to make it fair. This is not anything – I really want to say this over and over. This is nothing to do against Pokemon players, absolutely not. And if you read through the ordinance that was written here, it's very clear this deals with a permitting process for a for-profit business. This county assumed thousands of dollars of damage and who's |

2

| | |
|---|---|
| | paying for it, taxpayers. But this company came in and made all the money off of our citizens. We had no recourse. We paid for it ourselves. Any other business entity would be paying for it if they had damages to your park. I can go through every single supervisor. If it was done in your park, you would be saying, "hey you're paying for that." That's all I'm saying. I might have been the first one but it's coming to you tomorrow, and I really would appreciate your support on this. This will help your district, it helps your players, it helps your people and your constituents. Let's keep the park system strong, let's make things fair. I really appreciate your support. |
| Lipscomb | Thanks, Supervisor. Other comments? Supervisor Cullen |
| Cullen | I plan on voting no on this resolution for a number of reasons. For one, I saw the video of Pokemon players in Lake Park, and I didn't think anything that drastic was happening. It looked like a bunch of young people, many of them my age, using their free time to be active in the park. I understand that there are concerns with trash in bathrooms, but that's our job to address. We could have done many things to capitalize on this phenomenon. We could have roped off areas and charged a small fee for access. We could have had undercover officers writing a huge number of tickets and collected on that revenue. We could have brought in the beer garden. Instead, we have legislation before us that could potentially keep these kinds of games out of the parks and that scares me. I haven't seen a group activity as diverse as Pokemon Go in Milwaukee County since Ethnicfest at Rufus King High School. I just think that this is something that we should be encouraging and regulating with out-of-the-box ideas rather than potentially restricting. |
| Lipscomb | Thank you, Supervisor. Supervisor West. |
| West | Thank you very much. I rise in total support of what my colleague from the 15th District just stated. We did talk a lot about fairness today. We also talked a lot about access today, and to limit access to our county parks because we've had one incident in one park is disappointing. Who knows what the next augmented reality game will be and perhaps it's something that has to deal with our parks and something that we would want in our parks. I'm also unsure of how you would permit use of a park for a game that's ongoing. So I don't even think we even have the means within Milwaukee County to do that right now. We have permits for specific events, but what if it's something ongoing. I think we're creating a lot of work for ourselves over – and granted it was about a month last summer that this really took off – I don't think it's going to be a huge issue this summer. I think the Pokemon Go craze is pretty much over. But again, I share the views of my colleague from the 15th District in that it was great to see that many people in the park. It was great to see them running and being outside and being together and it was a very diverse group of people. And for all the bad things that I've seen or been emailed, some of the good things I didn't hear about fights. I didn't hear about rioting. I didn't' hear about people not getting along with each other. And I didn't hear about additional sheriff's deputies being needed. I know that they were patrolling the parks just like they normally do. |

3

|         | There's a lot of police presence at Bradfield Beach as it is and so again, I'm not unsympathetic about issues, and trust me I've heard them from the neighbors, but I don't think because you live across the street from a park that you should expect that you're never going to have people utilizing your park and that you're always going to open your windows and have the sereneness of the bushes and the trees and whatever view you normally see. I don't think again, after one particular incident that we should be legislating the whole future of reality games in Milwaukee County and in our parks. Again for the record and I did say this last month. This was not just Lake Park. This was our entire park system. And so if you take a look at the averages on that, we're actually did really well. I mean we have how many parks and all of those parks and all of those parks have Pokemon Go components to them and we received complaints about one particular park. So once again in the law of averages that's not terrible. Again I don't know if I'll be here because I do have to leave. But if I could vote today, Mr. Chairman, my vote would be definitely be no. Thank you. |
|---------|---|
| Lipscomb | Thanks, Supervisor. Supervisor Moore Omokunde. Then Satori. |
| Moore | Thank you, Mr. Chairman. I have a few questions and perhaps the supervisor from the 3rd can answer them for me. First and foremost, all the communication that I received were about Pokemon Go and alternative games themselves just being there, not even in reference to any damage caused or anything. Emails of these people were in my way when trying to do my morning jog, or these people are here at night and I don't want to hear people in the park at night. My concern is that what this resolution does and attempts to do is to regulate activity in the park and have somebody be able to be responsible for any damages that are caused. However, the communication that I received was eliminate these kinds of games from the park period. And so my question is does this legislation – I hope it is not to achieve that because that's the communication I got –yeah I like this because I don't like these people in my park. And if you want a morning jog in the park, should we legislate that if you don't want to be bothered by some people having a blanket meal or picnic in the park or should you have legislation against being bothered by somebody shooting hoops next to your jogging route. These are questions that I have and personally I'm not interested in legislating so that a group of people can have no one in their parks so that just the outside neighbors are using the parks. When I ran for county supervisor for the 10th District, what I said was parks are community spaces and are to be used for community building, and I wholeheartedly still hold fast to that and I think all of our parks should be as full as they possibly can be for as long as they possibly can be and will take the brunt from whatever comes from. Thank you, Mr. Chairman. |
| Lipscomb | Thank you, Mr. Supervisor. Supervisor Sartori. |
| Sartori | Thank you, Mr. Chairman. I am a co-sponsor of this proposal. I could understand how Lake Park had a significant problem. It's a beautiful location, a beautiful site. You have the lake, the beautiful park, the surroundings, the beautiful older homes. We have a profiteering company. We don't much about them. We know they have a post office box in San Francisco. We don't know if it's an American company or a company from Timbuktu. The park system has |

| | |
|---|---|
| | tried to communicate with these people. This past summer, the residents of the Lake Park community have gone through absolute hell. For some people – most people I believe – played this game responsibly, they were good visitors to our park, to our neighborhood, but there are always a few who want to take their used tampons and throw them in people's organic gardens and take infant diapers filled with fecal matter and throw it on people's front lawns. People who want to throw garbage around. An inordinate amount of enforcement activity went this past summer to police Lake Park. We have a company here that has not been a responsible corporate citizen, has not paid one single penny or made any type of monetary type of contribution to our park system. I think we all know our parks are a precious gem for Milwaukee County. We don't want to see any group abuse our parks. We want people to be treated fairly. I don't believe that just by establishing a permitting system that we're going to abolish augmented reality games. We have a couple of hot spots in my district – Grant Park, Cudahy – nothing has gotten out of control, but it certainly got way way out of control this past summer at Lake Park. There's an old saying, especially from the supervisor of the 2nd District. She has this comment she likes to make and her comment is I'm pro-active and not reactive. Well, I'm pro-active way before she was even born. I'm so pro-active I had even had seat belts put in my first car and that's way before they were event required by law. And I would ask my colleagues to please support this ordinance. And I notice that there are some smirks in the audience and all I have to say is there was a day when cars came without seatbelts in them. Thank you. |
| Lipscomb | Thank you, Supervisor. Supervisor Nicholson and then Taylor of the Ninth. |
| Nicholson | Thank you. I thought it was important to share my opinion, Chairman, because I'm usually a very progressive person on the board here. And when I first got word of this resolution, I was immediately turned off, and I said this in committee. I have the pleasure of serving as vice chair of parks so I get the pleasure of hearing personal testimony from many different types of people in regards to our great treasures. But it immediately turned me off because it seemed like a rich people's problem and I'm all for access and all for inclusion but what bothered me at the parks committee was seeing the absolutely disgusting way Lake Park was left after playing these games. And Supervisor from the Third, Supervisor Wasserman, brought up a very good point. Today it was Lake Park and tomorrow it could be Washington Park, it could be Juneau Park, it could be Arrow Park, any of the great parks that I have an honor of representing. And so I consider very many things and what I found important throughout this whole conversation was to think about the fact that this company can bring in thousands of people and profit off of thousands of people and after this game is over, Milwaukee County is left with the bill. We have to foot the bill and we're already struggling to maintain our parks. So I read the resolution. I actually sat down and read it and I learned that this resolution does not limit access. And I think Supervisor from the 15th brought up some great points. Yeah, we do have the opportunity to raise revenue but I do think ticket sales would make access very difficult for some people, and I think undercover policeman would make it difficult for some people to want to go to the park, but |

5

| | |
|---|---|
| | I think permitting a company to work within our parks is a great way to raise revenue. I had a constituent contact me about holding an event in one of my parks and they had trouble coming up with the money and wanted a reduced fee. Parks did not want to work with that person. Why is it that a resident of our county can't hold an event in our parks when they're obligated to take care of trash, they're obligated to pick up things behind themselves, have barriers and all sorts of things to contain crowds and a company can just come in and use our parks without any accountability. And so I'm encouraging you all to support this resolution because I think we need to hold these companies accountable. I think this will make them think about how their using these games in our park systems or even anywhere in counties across the nation or across the world. Even as simple as having some sort of disclaimer, just making people aware of how their using our park system. There is just no accountability. So I'm just encouraging you all to vote yes on this resolution so that we can protect our treasures. I'm all for access. I'm all for inclusion. I love that people were using our parks. At the same time, I don't think companies should be able to profit off of our parks that our residents treasure and pay for out of their own pockets. Thank you. |
| Lipscomb | Thank you, Supervisor. Supervisor Taylor of the 9th. |
| Taylor 9 | Thank you, Mr. Chairman. I support this -- what's before us. I want to disagree with a couple of speakers that spoke against it. It's a little bit about notice. This is – it just happened. There was no notification and all of a sudden you have a park being bombarded. So if you actually have a permitting process, the county will be made aware and they can basically say this is not the best location because there are other parks that are a lot more not neighborhood-oriented in a way. We have some on the lakefront. I'm not going to list them all that would probably have had less problems, but this definitely there was issues there. So I think notification is one thing which is why you do permits so that way everyone doesn't show up at the same time and fight over one picnic pavilion. If you know in advance and you reserve it or you let people know this is going to be going on, I think that's – would have been part of the problem if we could have had the proper law enforcement there.<br><br>The second thing is this company – these companies make hundreds of millions of dollars. It's not like we're asking for hundreds of millions of dollars in return. We're basically saying, fill out a form, here's the fee, pay it and do it. And I'm sure they can afford to have actual couple of bodies in an office that takes a look at where we're going to do this, let's make sure we're following the rules of that community.<br><br>The last thing is if you just take a look at the videos and pictures of what happened. I mean there were so many empty beer cans and used condoms – I mean I'm missing out on something it looks like because this is just absolutely – I was appalled as to what was going on in this park. It was appalling to see the amount of filth that went on in this park that the neighbors had to endure. I mean frankly, it's unacceptable because it cost Milwaukee County money. It cost the neighbors a great inconvenience and I think this is a good solution to a problem. |

| Lipscomb | Thank you, Supervisor. Were those prepared comments or off the top of the – laughter. Supervisor Wasserman. |
|---|---|
| Wasserman | Thank you, Mr. Chairman. In response to Supervisor from the 10th, access has never ever entered my eyes at all. Parks ___. Parks should always be accessible to our community. And we're privileged to live there and we should keep our jewels as shining as they are.<br><br>I would want to refer to – if there are any questions on it, I would refer to corporate counsel to ask is there any way – are we trying to restrict in this permitting process? Is there any history or even talk are we trying to decrease the number of people in the population or is this just a simple permitting process that any other business would have. |
| Lipscomb | You do wish – the first statement was sort of rhetorical, but do you wish to have Corporation Counsel answer some questions. |
| Wasserman | If members have questions. |
| Lipscomb | Do members have questions of Corporation Counsel? Supervisor Sebring. |
| Sebring | Thank you, Mr. Chairman. I don't know if this would be for Corporation Counsel or for Supervisor Wasserman. My question is if someone other than Niantic brings some game other than Pokemon Go brings some game to the park system, how are they going to know if they need to get a permit? |
| Lipscomb | Good question, Supervisor. Is that a question you can answer, Supervisor Wasserman? |
| Wasserman | I'd refer that to Corporation Counsel. The parks department, too. |
| Lipscomb | Okay. Acting counsel Dohm, if you would join us. You heard the question. Is that something you could answer. |
| Dohm | Thank you, Mr. Chairman. Supervisor Sebring, thank you for your question. And for the referral, Supervisor Wasserman. The quick answer to that is ignorance of the law is never an excuse. Many people may not be familiar with the particulars of permitting processes in general, but they educate themselves when they know they are having an event. At this point in time, these ordinances are becoming discussed in many, many jurisdictions, including our own, and are now being implemented in response to very similar games being played in a number of areas. So we certainly can make every effort to inform, make public and have those permitting requires made public, but there would be nothing that would require notification prior to that. It would just be an ordinance that would be on the books and require them to adhere to the permitting process which we could attempt to inform them of in due course. |
| Lipscomb | Does that answer the question, Supervisor Sebring? |
| Sebring | Yes, thank you. |
| Lipscomb | Supervisor Moore Omokunde , did you have a question for counsel or other comment. All right. Thank you, Counsel. Supervisor Moore Omokunde, you have the floor. |
| Moore | Thank you, Mr. Chairman. So here's my concern. Let's – because I don't have a problem with large companies who make millions of dollars of games having to break us off a piece because they're using our parks. However, I am going |

| | |
|---|---|
| | back to the communications that I received. Folks saying these people are in my park, they're blocking my jogging route, they're in the park at 9:00 when I want to put my children to sleep, and they're still in my park. The other issue I have is what if companies like this, and I've heard that Harry Potter Go is coming, they just put the Pokemons or Harry Potters or whatever in the middle of the street next to the park, then they don't have to pay. And so you still get the same traffic of people trying to catch the Pokemons in the street and they might end up in the park still and then we still get calls, we still get complaints "oh these people are in my park". But then they don't have to pay because the Pokemons are in the street, which is open space, free space, can't make them pay to put stuff in the street and then we still have the same challenges. So I'm wondering if we could simply have someone be responsible for -- because I think to the Supervisor from the 3rd's point, if somebody is responsible for damages that are caused as a result of a lot of people in the park for one reason, that's why groups are required to have insurance when they come to the parks. Is their insurance going to be able to cover this or should we be going after specific insurance or responsibility that way because at this point I don't think it's going to stop the issue that we have at this point, and I'm just concerned with that. So I just came with a lot of questions so that's all. Thank you. |
| Lipscomb | Thank you, Supervisor. Supervisor Wasserman. |
| Wasserman | Thank you, Chairman. I think that's part of the permitting process. Any business that wants to come in and do – if you want to have a wedding in a park, if you want to have a barbeque, if you want to have family reunions, soccer games, baseball games, you have to insure it. If you do damage, you're responsible for it. There's a phone number on the application, this would be the same thing. Equal treatment company to company and business to business. |
| Lipscomb | Thank you, Supervisor. Any further comments on the item. If not, adoption is before us. Seeing none. Mr. Clerk, on adoption. |
| Clerk | The question is adoption. Supervisor Alexander. |
| Alexander | No. |
| Clerk | Cullen |
| Cullen | No |
| Clerk | Dimitrijevic |
| Dimitrijevic | Aye |
| Clerk | Haas |
| Haas | Aye |
| Clerk | Johnson |
| Johnson | Aye |
| Clerk | Mayo |
| Mayo | Aye |
| Clerk | Moore Omokunde |
| Moore | Aye |
| Clerk | Nicholson |
| Nicholson | Aye |
| Clerk | Sartori |
| Sartori | Aye |

8

| Clerk | Schmitt |
|---|---|
| Schmitt | Aye |
| Clerk | Sebring |
| Sebring | No. |
| Clerk | Staskunas |
| Staskunas | Aye |
| Clerk | Taylor 2nd. |
| Taylor 2 | No. |
| Clerk | Taylor 9th |
| Taylor 9 | Aye |
| Clerk | Wasserman |
| Wasserman | Aye |
| Clerk | Weishan |
| Weishan | Aye |
| Clerk | West |
| Lipscomb | Excused |
| Clerk | Mr. Chairman. |
| Lipscomb | Aye |
| Clerk | Thirteen ayes, four nos. |
| Lipscomb | Thirteen ayes, four nos. The ordinance is adopted. |

**15662527**