# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CANDY LAB, INC.,

        Plaintiff,

v.

MILWAUKEE COUNTY, et al,

        Defendants,

_____/

## DECLARATION OF DEE CROWLEY

I, Dee Crowley, hereby declare, upon penalty of perjury, that the following is true and correct to the best of my knowledge and belief:

1. I am employed at Warner Norcross & Judd LLP in Grand Rapids, Michigan, as a Word Processing Operator.

2. On March 27, 2017, I was provided with a USB key containing a video file of the February 2, 2017 hearing of the Milwaukee County Board of Supervisors.

3. The video file contained the introductory section of the hearing and the discussion involving item 41 on the agenda.

4. On March 29, 2017, I was provided with a USB key containing a video file of the December 15, 2016 hearing of the Milwaukee County Board of Supervisors.

5. That video file contained the introductory section of the hearing and the discussion involving item 59 on the agenda.

6. I made a good faith effort to accurately transcribe these hearing excerpts to the best of my ability.

Further Declarant Sayeth Not.

April 17, 2017

                                              _____
                                              Dee Crowley

15746296