# EXHIBIT E



# Milwaukee County Parks

# 2017 SPECIAL EVENT APPLICATION







Case 2:17-cv-00569-JPS   Filed 04/21/17   Page 2 of 12   Document 6-5

*Thank you for choosing Milwaukee County Parks as a venue for your Special Event.*

*We offer world class parks, stunning lakefront views and many beautiful locations throughout the Milwaukee County Parks system. We look forward to working with you and making your event memorable.*



**COVER PHOTOGRAPHS:**
*Top Upper Left Picture:* Special Olympics Polar Plunge at McKinley Marina
*Top Upper Right Picture:* MSO at Chill on the Hill in Humboldt Park
*Middle Picture:* China Lights at Boerner Botanical Gardens
*Bottom Lower Left Picture:* Badgerland Striders Superun 5K at Lake Park
*Bottom Lower Right Picture:* The Glo Run at McKinley Park

Case 2:17-cv-00569-JPS   Filed 04/21/17   Page 3 of 12   Document 6-5

# Milwaukee County
# Department of Parks, Recreation & Culture

## 2017 SPECIAL EVENT PERMIT INSTRUCTIONS

**WHAT REQUIRES A SPECIAL EVENT PERMIT?**

A Special Event Permit Application must be completed, submitted, approved, and processed by the Milwaukee County Parks Special Events Office in order to reserve an outdoor park space, parkway or park road for any of the following:

- Public event, e.g. outreach, rally, promotional event or religious event
- Bike race, bike ride, cross country meet, walk or run
- Outside event with amplified music or speaker system
- Lakefront or Downtown park space for any reason
- Outdoor park space that is not designated as an athletic field or picnic area
- Virtual gaming

**DO NOT ADVERTISE FOR AN EVENT BEFORE OBTAINING WRITTEN APPROVAL FROM THE MILWAUKEE COUNTY PARKS SPECIAL EVENTS OFFICE. THE USE OF SOCIAL MEDIA IS CONSIDERED ADVERTISING IF DISTRIBUTED PUBLICLY.**
**SPECIAL EVENT APPLICANT MUST BE 21 YEARS OF AGE OR OLDER TO SUBMIT AND SIGN A SPECIAL EVENT APPLICATION**

**DO NOT COMPLETE THIS FORM IF YOU ARE INTERESTED IN RESERVING**:

- Pavilion for a private function  - CONTACT THE PUBLIC SERVICES OFFICE AT (414) 257-8005.
- Picnic Area for a private function  - CONTACT THE PUBLIC SERVICES OFFICE AT (414) 257-8005.
- Pool Rental for a private function  - CONTACT THE PUBLIC SERVICES OFFICE AT (414) 257-8005.
- Athletic Field/Disc Golf  - CONTACT THE ORGANIZED SPORTS OFFICE AT (414) 257-8030.
- Golf Outing  - CONTACT THE GOLF OFFICE AT (414) 257-8024.

**SPECIAL EVENT PERMIT APPLICATION PROCESS:**

**Application Submission:** Please complete and submit the Special Event Permit Application to the Milwaukee County Parks Special Events Office for review and approval. The Special Event Permit Application can be submitted to Ryan Broderick by email at ryan.broderick@milwaukeecountywi.gov, by fax to the Special Events Office at Fax (414) 257-8044, by mail or in-person to the Milwaukee County Parks - Special Events Office at 9480 Watertown Plank Road, Wauwatosa, Wisconsin, 53226. **Submittal of an application does not automatically grant you a permit or confirmation to conduct your planned event.**

Attach a detailed route and/or site map to your application. **Your application will not be reviewed if a route and/or site map(s) are not included.** Your route and/or site map must be approved by the Special Events Office and Regional Manager to ensure that it will not interfere with other park activities.

Street closures will require separate permits from the corresponding municipality. For the City of Milwaukee, please contact the Department of Public Works Special Events Office at (414) 286-3329 or visit http://city.milwaukee.gov/ObtainLicensesPermit54.htm.

Lincoln Memorial Drive is under the Milwaukee County Parks jurisdiction. Events affecting traffic along Lincoln Memorial Drive must be approved by the Parks Director and the County Board of Supervisors. Not all requests will be approved. Contact the Special Events Office at 414-257-4503 for specific directions for seeking approval.

**Application Review:** After receipt of your application, you will be notified via email within two (2) weeks regarding the status of your application. It is the responsibility of the applicant to submit any amendments and/or revisions to the original application in writing. Revisions are subject to the review and approval of the Special Events Office and the Regional Manager.

**Fee Schedule & Requirements:** If your Special Event Application is approved, you will receive an email with fee information and requirements to obtain your permit. The Regional Manager's contact information will be listed on this email, and it is the responsibility of the event organizer to call or email the Regional Manager promptly to discuss details of the event. Without the Regional Managers approval, a special event permit will not be issued. All payments are required at least **ninety (90) days** prior to the event date. If the special event permit fee is not received by the specified due date, a late fee will be assessed or the event may be cancelled by the Milwaukee County Parks Department.

**NEW SPECIAL EVENTS DEPOSIT:** For special events *(excluding wedding ceremonies)* that have never been held on Milwaukee County Parks property, a **non-refundable deposit** of $500.00 is required for events held on the Lakefront *(McKinley Park, Veterans Park and Lincoln Memorial Drive)* and $250.00 for events held at any other Milwaukee County Park. To hold the event date(s), submit a deposit payment with your Special Event Application. Deposit will only deposited after the Special Event Application has been reviewed and approved. Weddings are exempt from the deposit.

**Certificate of Insurance (COI):** **ALL** special events *(excluding wedding ceremonies)* are **required** to submit a "Certificate of Insurance" in the amount of **$1,000,000** of general liability coverage naming **Milwaukee County Parks as an additional insured** for the date(s) of the event including set-up and teardown date(s). Milwaukee County Parks must be listed as the *Certificate Holder* with the address listed as 9480 Watertown Plank Road, Wauwatosa, WI 53326. The special event permit will not be issued if a Certificate of Insurance has not been received, accepted, and placed on-file.

---

**SPECIAL EVENT RULES AND REGULATIONS:**
All special events, participants and guests, vendors and exhibitors shall abide by all municipal codes, Milwaukee County ordinances and rules governing the parks and parkways.

**Additional Information:** Milwaukee County Parks reserves the right to require additional information or documentation regarding the applicant, applicant's company, sponsoring company/organization, co-sponsors, event participants, event vendors, event activities or the event itself. Moreover, Milwaukee County Parks may postpone approval of event permit(s) until receipt of additional requested information or documentation. Failure to submit requested information or documentation in a timely manner may be cause for denial of a Special Event Permit.

**Amenities:** Milwaukee County Parks does not provide amenities such as portable restrooms, sound systems, stages, banquet tables, chairs, tents, canopies or other equipment. Milwaukee County Parks does not have a list of preferred vendors. Events are free to work with vendors of their choice.

**Cancellation:**
- All cancellations must be made in writing.
- Special Event Permit cancellations must be received at the Special Events Office no later than **ninety (90) days** prior to the event to receive a refund. **All cancellations will be charged a $150.00 administrative fee.**
- Cancellations received at the Special Events Office **between ninety (90) and thirty (30) days prior** to the event date will receive a fifty percent (50%) refund after the $150.00 administrative fee is deducted.
- All cancellations received with less than **thirty (30) days notice** will not receive a refund.
- A special event may be rescheduled if, <u>and only if</u>, the Regional Manager can accommodate a make-up date.
- **No rain dates will be issued.** No refunds will be granted due to inclement weather, unless the cancellation of your event is a decision made by Milwaukee County Parks Department due to severe weather conditions.

**Clean-up:**
- Permit holder shall be responsible for the collection and removal of all event related garbage and litter from the site and surrounding areas. Details for the pickup and removal shall be negotiated in good faith between the permit holder and the Regional Manager. All garbage collection and removal shall be to the satisfaction of Milwaukee County Parks. Permit holder will be billed for any additional cleanup ($50.00 per employee per hour) and/or damage to park property.
- The use of confetti is prohibited.
- Permit holder is responsible for recycling all recyclable materials.

**Damage to Park Property:** Permit holder shall be responsible for any actual documented physical damage to the premises caused by its event, employees, agents, representatives, and guests. Within five (5) days of the conclusion of the event, the premises shall be restored to the satisfaction of the Regional Manager.

**Event Timeline:** All set-up and teardown dates and times must be approved by the Special Events Office and the Regional Manager, and must be noted on the Special Event Permit Application.

**Fees:**
- **Additional Fees:** All events are required to pay for any extra arrangements needed or equipment requested. The Regional Manager will provide a detailed cost estimate in writing. An invoice for these charges will be sent and the fees will be due thirty (30) days from the date of invoice. If available, the following items may constitute an additional cost for your event: hotline fee ($500.00), garbage collection ($50.00 per employee per hour), recycling containers rental ($5.00 per day), picnic tables rental ($15.00 per day), garbage baskets rental ($7.00 per day), barricades rental ($8.00 per day) and an excessive clean-up fee ($150.00 minimum).

- **Admission & Entry Fees:** For events in which admission fees are charged on Milwaukee County Parks property, the permit holder shall remit to Milwaukee County a fifteen percent (15%) commission on said fees. Commission on admissions is due thirty (30) days after the event. Commission payment must be accompanied by a sales report.
- **Collecting Donations/Silent Auction/Raffle:** Any exchange of money in or use of a Milwaukee County Park for fundraising or material gain, including collecting donations, hosting a silent auction or raffle, require a vendor permit issued by Milwaukee County Parks. Other licenses and permits might be required.
- **New Special Event Deposit:** For events ( that have never been held on Milwaukee County Parks property, a **non-refundable deposit** of $500.00 is required for events held on the Lakefront *(McKinley Park, Veterans Park and Lincoln Memorial Drive)* and $250.00 for events held at any other Milwaukee County Park. Deposit payment will be deposited after the Special Event Application has been reviewed and approved. Weddings are exempt from the deposit.
- **Per Participant Fees:** There is a $0.50 per participant fee (plus sales tax) for registered participant groups of 500 to 4,999, and a $0.75 per participant fee (plus sales tax) for registered participant groups of 5,000 and over. This fee is required for all walks, runs, races and rides. The per participant fee is due thirty (30) days after the event.
- **Picnic, Pavilion & Athletic Field Fees:** All events that utilize or affect the usage of a designated picnic area, pavilion and/or athletic field will pay the associated fees and those affected areas will become part of the Special Event Permit.
- **Setup & Teardown Fees:** Permit holder will be assessed a fee for setup and teardown days. Each setup and teardown day is subject to a fee half the cost of the event day fee. Full fees apply on weekends (Friday-Sunday). Permit holder will be assessed a fee for equipment that has not been removed from the park by the teardown date and time stated on the permit application.
- **Special Event Permit Fees:** are due **ninety (90)** days prior to the scheduled Special Event date. If the special event fee is received less than ninety (90) days prior to the event date, special event fees increase by twenty percent (20%). Special Event Permit will be cancelled if all applicable fees are not paid thirty (30) days prior to the event date.
- **Vendor Fees:** A vendor permit is required to conduct sales in Milwaukee County Parks. Permit fee will be assessed per vendor per day. All vendor permit fees must be paid at least two (2) weeks prior to the event. A City or local municipal license may also be required. For the City of Milwaukee, please contact (414) 286-2238, http://city.milwaukee.gov/ObtainLicensesPermit54.htm. A copy of all proper licenses must on-site on event date(s).
- **Wisconsin State Sales Tax:** All Special Event Permit fees include sales tax (5.6%). If you are a tax-exempt organization, attach a copy of your Certificate of Exempt Status (CES#) issued by the Department of Revenue from the State of Wisconsin.

**Grilling:** Grilling must be confined to enclosed metal containers. Hot coals must be cooled or doused with water after use and must be disposed of in designated coal containers. Disposing of coals on grass, at the base of a tree or at any other location is strictly prohibited.

**Indemnification:** The permit holder agrees at all times during the existence of this permit to indemnify Milwaukee County for, and hold it harmless from all liability, claims and demands on account of personal injuries, property damage and loss of any kind whatsoever, including workers' compensation claims, which arise out of or are in any manner connected to this permit, based on any injury, damage or loss being caused by any wrongful, intentional, or negligent acts or omissions of the permit holder, its agents or employees. Permit holder shall, at its own expense, investigate all claims and demands, attend to their settlement or disposition, defend all actions based thereon and pay all charges of attorneys and other costs and expenses arising from any such injury, damage or loss, claim, demand or action.

**Law Enforcement / Traffic Control:**
- Milwaukee County Parks reserves the right to require the presence of Milwaukee County Sheriff's Office (MCSO) at any event even if a private security company is hired by event.
- Fees for MCSO assistance may apply. Permit holder is responsible for payment of said fees.
- Permit holder shall contact MCSO and any police department(s) affected by event at least 30 days prior to their event date.
- Milwaukee County Parks Special Events Office will notify MCSO and affected police department(s) of any and all events permitted in Milwaukee County by the Milwaukee County Parks Department.

**Parking:** Milwaukee County Parks reserves the right to conduct a parking operation and collect parking fees whenever deemed necessary. Permit holder might have the option to purchase parking from Milwaukee County Parks when and if available so that their attendees will have free parking. If an event is approved to purchase parking from the Milwaukee County Parks and they decide to charge for parking, fees must be pre-approved by the Milwaukee County Parks. Parking fees cannot exceed $5.00 per car. Permit holder is responsible for managing, staffing and conducting the parking operation.

**Pavilion, Picnic or Athletic Field Reservations:** Applying for a Special Event Permit does not guarantee the availability of a picnic area(s), pavilion and/or athletic field(s). If your event or route affects the use of a picnic area(s), pavilion and/or athletic field(s), make sure to request it in the application. Fees will apply. The Special Events office will check for availability and will make reservations accordingly. Applicant must abide by all Public Services and Organized Sports policies and procedures.

**Permit:** Permits are not assignable and not transferable. A copy of the Special Event Permit must be present and on-site for inspection on event date(s) including setup and teardown date(s).

**Promotion and Marketing:** Costs incurred promoting and marketing for an event prior to the issuance of an approved Special Event Permit from the Milwaukee County Parks Special Events Office and changes/modifications relative to the event from Milwaukee County Parks and/or other Milwaukee County Department(s) is at the sole expense and risk of the Event Organizer.

**Signage:**
- **Spray Paint** and **Spray Chalk** can only be used on grass surfaces and is strictly prohibited on all other Milwaukee County Parks property. The Regional Manager must approve spray paint or spray chalk on any grass areas.
- **Staking is prohibited on Milwaukee County Parks property without prior approval from the Regional Manager.** If staking is approved by Regional Manager, Hotline fee of $500.00 will apply and event is required to contact Diggers Hotline.
- Signage in the park to promote an event is allowed no more than one week prior to the actual event date. The Regional Manager must approve all signage pertaining to the event, including the placement of all signage before the event and the fastening or attaching of any rope, sign, banner, flyer or any other object to any tree, shrub or park feature on Milwaukee County Park property. All course markings used along the route must be pre-approved by the Regional Manager prior to installment.
- Milwaukee County Parks sells advertising space along the lakefront and at other prominent park locations. Banners placed in Milwaukee County Park frames along the lakefront are allowed only one week in advance of your event. No other banners will be allowed at the Lakefront. Please contact the Milwaukee County Parks Marketing Team for more information at 414-257-4874.
- Milwaukee County Parks in its sole discretion may require prominent placement of its logo on any and all promotional materials, whether print or digital, related to your special event.
- If Milwaukee County Parks Logo is required, acknowledgement signage must be prominently displayed at the entrance to the event, on stage if applicable, and in all print and TV promotions and advertising.
- A copy of the promotional and advertising materials must be submitted to the Special Events Office **thirty (30) days prior** to event date. **All proposed banners and signage on the premises must be pre-approved by the Regional Manager.**

**Tents:** Please be advised, staking of tents is ABSOLUTELY PROHIBITED without prior approval from the Regional Manager. If approved, a hotline fee of $500.00 dollars will apply for staking and event organizer is responsible for contacting Diggers Hotline at (800) 242-8511. **While Diggers Hotline services are free of charge, they cannot detect Milwaukee County Park's utilities.** Therefore the Milwaukee County Parks Maintenance Department must hotline this area as well. Confirmation or ticket number issued by Diggers Hot Line must be submitted to the Regional Manager. If tents and/or canopies are not staked, they must be secured with sand bags or water barrels.

**Termination:**
- Milwaukee County Parks in its sole discretion may grant, deny, revoke or suspend any permit, at any time and for any reason. Cancellation of a permit for cause will result in forfeiture of all fees. For cause means if the terms of the application or any license or other code or ordinance is violated or if the event organizer makes any misrepresentation or when public safety is threatened. Cancellation can also occur if payment has not been received by due date and event organizer has not contacted the Special Events Office requesting an extension of their due date.
- The Special Event Permit is subject to all local municipal codes and Milwaukee County ordinances in addition to all rules and regulations governing parks and parkways, and can be terminated at any time at the sole discretion of local law enforcement authorities when public safety is threatened. Excessive noise generated by a special event shall be considered a threat to public safety.

**Vehicles:** Vehicles are prohibited from driving on grass, athletic fields, park walkways and trails. Contact the Regional Manager regarding any special parking needs or vehicular access. If permission is granted for driving on grass, it will be stated in the special event permit. Any turf damage caused by any trucks or other vehicles is the responsibility of the event and the permit holder. Any vehicle passes that have been provided to the permit holder must be displayed in each permitted vehicle.

**Virtual Gaming:** An activity during which a person can experience being in a three-dimensional environment and interact with that environment during a game. The game typically consists of an artificial world of images and sounds created by a computer that is affected by the actions of person who is experiencing it.

**Walks/Runs/Races/Rides:** All proposed routes are subject to the approval of the Regional Manager. If your event is requesting the closure of or use of a public street or public way, you must obtain approval and all necessary permits from the affected municipality. For the City of Milwaukee, please contact the Department of Public Works Special Events Office at (414) 286-3329 or visit http://city.milwaukee.gov/ObtainLicensesPermit54.htm. Milwaukee County Parks is not responsible for any costs associated with the denial of a proposed route.



# 2017 SPECIAL EVENT PERMIT APPLICATION

**APPLICANT INFORMATION:**

Organization/Business Name _____   Name of Applicant _____

Street Address _____   City, State, Zip _____

Daytime Phone _____   Evening Phone _____

Cell Phone _____   Email _____

On-Site Contact *(if different form applicant)* _____   On-Site Cell Phone _____

On-Site Alternative Phone _____   On-Site Email _____

Is your organization tax exempt by the State of WI?  ☐ NO  ☐ YES   **Attach a copy of your Certificate of Exempt Status (CES#) issued by the Department of Revenue from the State of Wisconsin**

**EVENT INFORMATION:**

Event Description:




Event Name _____   Estimated Attendance _____

Requested Park/Parkway _____   Location in Park _____

Event Date(s) _____   Day of the Week *(Monday-Sunday)* _____

Event Start Time(s) _____ ☐ AM ☐ PM   Event Ending Time(s) _____ ☐ AM ☐ PM

Setup Date(s) _____   Setup Start Time(s) _____ ☐ AM ☐ PM

Teardown Date(s) _____   Teardown End Time(s) _____ ☐ AM ☐ PM

Will your event be publicly advertised?  ☐ NO ☐ YES   Event Website _____

**PAVILION OR PICNIC AREA(S) REQUEST:**
Applying for a Special Event Permit does not guarantee pavilion/picnic permit availability.  Please indicate below the pavilion and/or picnic area you are requesting to use during your event.  Please include your setup and teardown time below.

Pavilion Request _____   Date(s) _____   Time _____ ☐ AM ☐ PM

Picnic Area(s) Request _____   Date(s) _____   Time _____ ☐ AM ☐ PM

**SITE MAP:**
**Your application will not be reviewed if a site map is not included with your application.** All site maps are subject to the approval of Milwaukee County Parks. The site map should indicate the location of the following: sources of amplified sound, stages, tents, canopies, inflatables/bounce houses, portable toilets, dumpsters, fences, barricades, vendors, vehicles, parking and any other structures used for the event.

**ROUTE MAP:**
**Your application will not be reviewed if a route map is not included with your application.**

If your event is a run, walk, bike race or other activity in which participants follow a course, you must attach a separate map of the proposed route. Download a Milwaukee County Park map by visiting
http://county.milwaukee.gov/AbTheParkSystemmap10627.htm.

**Per Participant Fees:** There is a $0.50 per participant fee (plus sales tax) for registered participant groups of 500 to 4,999, and a $0.75 per participant fee (plus sales tax) for registered participant groups of 5,000 and over. This fee is required for all walks, runs, races and rides. The per participant fee is due thirty (30) days after the event.

- Expected Number of Participants? _____
- Expected Number of Spectators? _____
- Will participant registration be capped? ☐ NO ☐ YES What is the registration capped at? _____
- Is your event a timed race? ☐ NO ☐ YES
- Are you marking your course? ☐ NO ☐ YES Describe: _____
- Does your route cross any roads or parkways? ☐ NO ☐ YES Describe: _____
- Are you requesting any road closures? ☐ NO ☐ YES Describe: _____

All proposed routes are subject to Milwaukee County Park approval, and use of any space outside the park (such as a City street) **must be approved by the municipality**. If your event route utilizes City of Milwaukee streets, please call (414) 286-3329, http://city.milwaukee.gov/ObtainLicensesPermit54.htm. Events cannot close any city streets, roads or parkways using volunteers or event staff. All closures need to be handled by the municipality and/or Milwaukee County Sheriff's Department. Milwaukee County Parks are not responsible for any costs associated with the denial of a proposed route. Routes cannot be marked on cement or pathways. Spray Paint and Spray Chalk are only permitted on grass areas with prior approval from the Regional Manager.

**PARKS CONCESSIONS DEPARTMENT:**
**The Milwaukee County Parks Department reserves the right to operate its own concession area (Food & Beverages) during any and all events held in its parks.**

The Parks Concessions Department may be able to provide all your food and/or beverage needs and make this portion of your event hassle free. When Parks are the exclusive alcohol provider, there is no need for your organization to obtain a *Class B Liquor License*, *Licensed Bartenders* or *Liquor Liability Insurance*. The Parks Department works with most beer, wine, and soda suppliers and is able to sell a specific product line if that vendor is a sponsor of your event. **Your group keeps all sponsorships dollars!**

As a special offer to special events you qualify for prepaid beverage vouchers good for a can of beer, bottled soda, water or Gatorade. The fee is $2.25 per beverage ticket, up to 999 tickets and only $2.00 per ticket if 1,000 or more tickets are purchased. For example if you purchase 500 tickets your fee would be $1,125.00 and if you purchased 1,000 tickets your fee would be $2,000.00. This fee can be added to participant registration fees and they would receive this "free" beverage. Minimum of 500 beverage tickets must be purchased. Additional food and beverage options are available. If you are interested in having the Parks Concessions Department part of your event, please contact Joe Mrozinski at 414-257-5180 or joseph.mrozinski@milwaukeecountywi.gov.

**ALCOHOL:**
- Are you requesting permission to **serve alcohol** at your event? ☐ NO ☐ YES
- Are you requesting permission to **sell alcohol** at your event? ☐ NO ☐ YES
- Are you requesting the Milwaukee County Parks to sell alcohol at your event? ☐ NO ☐ YES
  *Event will not need to provide a **Class B Liquor License**, **Licensed Bartenders** or **Liquor Liability** Insurance If the Milwaukee County Parks are the exclusive alcohol vendor for the event.*

For events to *serve* or *sell alcohol* at a **public event**, you are required to submit:
- A copy of the **City Municipal Liquor License**. For the City of Milwaukee, please call (414) 286-2238 or visit http://city.milwaukee.gov/ObtainLicensesPermit54.htm.
- A Certificate of Insurance for $1,000,000 in **liquor liability insurance**, naming Milwaukee County as an additional insured party.
- Any event involving the sale of alcoholic beverages will involve additional costs and support from the Milwaukee County Sheriff's Department.

**SALES AND SAMPLING:**
**The Milwaukee County Parks Department reserves the right to operate its own concession area (Food & Beverages) during any and all events held in its parks.**

Any exchange of money in or use of a Milwaukee County Park for fundraising or material gain, including admission/entry fees, collecting money donations or holding a silent auction/raffle require a remittance to Milwaukee County and additional fees will apply. Permit holder is wholly responsible for remitting all appropriate sales and vendor fees.

*Provide a list of vendors with vendor payment to the Special Events Office two weeks prior to the event date.*

Please answer the following questions as it pertains to **Milwaukee County Parks Property**-

- Selling Food? ☐ NO ☐ YES
- Selling Non-Alcoholic Beverages? ☐ NO ☐ YES
- Selling Merchandise? ☐ NO ☐ YES
- Will you be charging admission on event date? ☐ NO ☐ YES
- Will you be collecting money donations? ☐ NO ☐ YES
- Will you be holding a silent auction/raffle? ☐ NO ☐ YES
- Will samples be distributed at no cost? ☐ NO ☐ YES    Describe: _____

A city or local municipal license may also be required. For the City of Milwaukee, please call (414) 286-2238 or visit http://city.milwaukee.gov/ObtainLicensesPermit54.htm.

**AMPLIFIED SOUND:**
Are you requesting permission to have amplified sound?    ☐ NO ☐ YES

Hours of amplification *(including sound check)*:
- Start time _____    ☐ AM ☐ PM   *(Amplified Sound cannot begin before 8:00 AM including sound checks)*
- End time _____    ☐ AM ☐ PM
- DJ    ☐ NO ☐ YES
- Band    ☐ NO ☐ YES
- Type(s) of music played _____

The City of Milwaukee is the only municipality that requires a *Noise Variance Permit*. Please call (414) 286-3280 or visit http://city.milwaukee.gov/NoiseVariances3711.htm#.VFKj_TTF_Ss to apply for your Noise Variance Permit.

Amplified sound must be directed away from residences. Amplified sound must comply with Section 47.022, Noise, of Chapter 47 of the Milwaukee County Ordinances. It is the responsibility of the Event Organizer to provide electrical power to support the event.

**PORTABLE RESTROOMS:**
Applicant is responsible for providing sufficient portable restrooms to accommodate the size of the event. One portable restroom for every 100 people is required for all special events that do not provide beverages and one portable restrooms for every 50 people is required for special events providing beverages. The Milwaukee County Parks Department does not have a list of preferred vendors.

- Portable Restrooms must be provided by event organizer if estimated attendance is above 250 people.
- Milwaukee County Parks restroom facilities are available May 1st to October 15th for events under 250 people.

**EQUIPMENT REQUESTS & FEES:**

Please discuss your needs for equipment with the Regional Manager (recycling containers, waste containers, barricades, and picnic tables) and plans for garbage collection. The Regional Manager will determine the availability of equipment and costs associated with your request. Invoice for equipment and garbage collection will be sent after the event. Wisconsin State taxes may apply.

- Recycling Container Rental ☐ NO ☐ YES Quantity Requested: _____ $5.00 Per Container, Per Day
- Waste Container Rental ☐ NO ☐ YES Quantity Requested: _____ $7.00 Per Container, Per Day
- Barricade Rental ☐ NO ☐ YES Quantity Requested: _____ $8.00 Per Container, Per Day
- Picnic Table Rental ☐ NO ☐ YES Quantity Requested: _____ $15.00 Per Container, Per Day
- Garbage Collection ☐ NO ☐ YES $50.00 per hour

**STRUCTURES:**

Please contact the Regional Manager if you are planning to erect, install or use any of the following structures: banners, barricades, dumpsters, fencing, port-a-johns, stages or tents. It is the responsibility of the permit holder to obtain these structures, which may require a separate permit from the municipality of the park you are reserving.

- Will you be bringing in a dumpster? ☐ NO ☐ YES
- Will you be bringing in a stage? ☐ NO ☐ YES

*Please note:* Dumpsters and stages are not available through the Milwaukee County Parks. The Milwaukee County Parks Department does not have a list of preferred vendors.

- Will you be using tents or canopies? ☐ NO ☐ YES Quantity _____ Size _____

**Please be advised, staking of tents is ABSOLUTELY PROHIBITED without prior approval from the Regional Manager.**
If approved, a hotline fee of $500.00 dollars will apply for staking and event organizer is responsible for contacting Diggers Hotline at (800) 242-8511. **While Diggers Hotline services are free of charge, they cannot detect Milwaukee County Park's utilities.** Therefore the Milwaukee County Parks Maintenance Department must hotline this area as well. Confirmation or ticket number issued by Diggers Hot Line must be submitted to the Regional Manager. If tents and/or canopies are not staked, they must be secured with sand bags or water barrels.

**PROMOTIONAL FEATURES:**

Will your event feature:

- Animals ☐ NO ☐ YES Describe _____
- Banners ☐ NO ☐ YES Banners may be displayed in park with Regional Manager's approval
- Car Display ☐ NO ☐ YES Approximate number of cars _____
- Inflatables/Bounce Houses ☐ NO ☐ YES Quantity _____
- Carnival Rides ☐ NO ☐ YES Types of Rides: _____
- Other promotional features? ☐ NO ☐ YES Please describe _____

**VEHICLES:**

Vehicles are prohibited from driving on grass, athletic fields, park walkways and trails. Any damage caused by vehicles will be the responsibility of the permit holder.

- Will you request special parking needs? ☐ NO ☐ YES
- Will you request any vehicular access? ☐ NO ☐ YES

Describe special parking needs or vehicular access needed for event:

**SECURITY PLAN:**
Depending on the size and activities of your proposed event, Milwaukee County Parks may require the presence of security at your event. Milwaukee County Sheriff's Department presence may also be required at your event.

Have you made provisions for on-site security services?   ☐ NO   ☐ YES
Will you have overnight security at your event?   ☐ NO   ☐ YES

Security Company _____   Contact Name _____

Cell Phone _____   Email _____

**MEDICAL SERVICES:**
Have you made provisions for on-site medical services?   ☐ NO   ☐ YES

Medical Company _____   Contact Name _____

Cell Phone _____   Email _____

**Indemnification:** The permit holder agrees at all times during the existence of this permit to indemnify Milwaukee County for, and hold it harmless from all liability, claims and demands on account of personal injuries, property damage and loss of any kind whatsoever, including workers' compensation claims, which arise out of or are in any manner connected to this permit, based on any injury, damage or loss being caused by any wrongful, intentional, or negligent acts or omissions of the permit holder, its agents or employees. Permit holder shall, at its own expense, investigate all claims and demands, attend to their settlement or disposition, defend all actions based thereon and pay all charges of attorneys and other costs and expenses arising from any such injury, damage or loss, claim, demand or action.

**SIGNATURE:**
The permit holder named above will be responsible for the conduct of the group and for the condition of the reserved area. This permit is subject to all municipal codes and Milwaukee County Ordinances (S. 47.04, 47.16, 47.28, 63.01, 63.02) in addition to all rules and regulations governing parks and parkways. The applicant agrees that, while using the park facility, the sponsoring organization will not exclude anyone from participation in, deny anyone the benefits of, or otherwise subject anyone to discrimination because of the person's race, color, national origin or handicap.

I do solemnly swear (or affirm) that all answers given and statements made on this application are full and true to the best of my knowledge and beliefs. I have read the terms and conditions outlined in this document and agree to abide by them.

_____
   Name of Applicant *(Print Name)*

I AGREE THAT THE ENTRY OF MY FULL NAME BELOW CONSTITUTES AN ELECTRONIC SIGNATURE.

_____              _____
   Signature of Applicant                                             Date
   *(Electronic Signatures Accepted)*

Case 2:17-cv-00569-JPS   Filed 04/21/17   Page 12 of 12   Document 6-5
2017 Special Event Application - 9480 Watertown Plank Rd - Wauwatosa, WI 53226 - (414) 257-4503 - www.countyparks.com     9