UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CANDY LAB, INC.,
a Nevada Corporation,

      Plaintiff,

Case No. 17-CV-00569-JPS

v.

MILWAUKEE COUNTY, a municipal
corporation; MILWAUKEE COUNTY
BOARD OF SUPERVISORS; and
MILWAUKEE COUNTY DEPARTMENT
OF PARKS, RECREATION, AND
CULTURE,

      Defendants.

## DECLARATION OF LESLIE GUTIERREZ IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

LESLIE A. GUTIERREZ, declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am one of the attorneys for the defendants in the above-captioned matter and I am located in my firm's Milwaukee, Wisconsin office.

2. I make this declaration based upon my personal knowledge of the facts attested to herein.

3. On May 31, 2017, I accessed the iTunes webpage for the Texas Rope 'Em application through the software program PageVault.

4. On May 31, 2017, I also accessed the Google Play webpage for the Texas Rope 'Em application through the software program PageVault.

5. Page Vault is a tool designed to enable legal professionals to capture and print webpages in a forensically defensible and easily accessible way.

6. According to its website, Page Vault's patent-pending architecture removes the user from the chain of custody entirely, all the while allowing them to surf and capture evidence in "real-time." The Page Vault browser is hosted on Page Vault's own secure server. Users who use Page Vault's software remotely view and control the browser from their own desktop. Page Vault's browser is engineered to allow users to remotely control their surfing and captures, but also to prevent them from altering the page in any way. Every webpage goes from the Web directly to Page Vault's server, and never crosses the user's desktop. Captured material is immediately time-stamped and digitally signed by Page Vault, and vaulted on Page Vault's secure servers.

7. Page Vault's captures include key metadata that documents circumstances of collection and storage, as well as the website URL address and IP address.

8. Using PageVault, on May 31, 2017, I had a screenshot captured of the iTunes webpage for the Texas Rope 'Em application, a copy of which is attached hereto as **Exhibit 1**. The iTunes webpage for the Texas Rope 'Em application indicates that the application is only available in Austin, Texas.

9. Using PageVault, on May 31, 2017, I had a screenshot captured of the Google Play webpage for the Texas Rope 'Em application, a copy of which is attached hereto as **Exhibit 2**. The Google Play webpage for the Texas Rope 'Em application indicates that the application is only available in Austin, Texas.

Dated this 31st day of May, 2017.

                                             s/ *Leslie A. Gutierrez*
                                             Leslie A. Gutierrez



| | |
|---|---|
| Document title: | Texas Rope 'Em! on the App Store |
| Capture URL: | https://itunes.apple.com/us/app/texas-rope-em/id1204453296?mt=8 |
| Captured site IP: | 23.217.45.87 |
| Page loaded at (UTC): | Wed, 31 May 2017 16:40:35 GMT |
| Capture timestamp (UTC): | Wed, 31 May 2017 16:41:12 GMT |
| Capture tool: | v5.2.1 |
| Page Vault server IP: | 54.175.14.236 |
| Browser engine: | Chrome/58.0.3029.81 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 4 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/626556 |
| User: | husch-brian |

PAGE VAULT PDF REF#: nU9frvofgxcr7DCiFoyfjN



iTunes Preview                    Overview   Music   Video   Charts



**iTunes is the world's easiest way to organize and add to your digital media collection.**

We are unable to find iTunes on your computer. To download the free app Texas Rope 'Em! by Candy Lab inc., get iTunes now.

Already have iTunes? Click I Have iTunes to open it now. 



iTunes 11 For Mac + PC

Free Download

---

# Texas Rope 'Em!
## By Candy Lab inc.
Open iTunes to buy and download apps.

View More by This Developer



View in iTunes

**Free**
Category: Games
Updated: May 07, 2017
Version: 1.2
Size: 255 MB
Language: English
Seller: Candy Lab inc.
©2017 Candy Lab Inc.
Patents Pending, All Rights Reserved.
You must be at least 17 years old to download this app.
Infrequent/Mild Simulated Gambling
Gambling and Contests

**Compatibility:** Requires iOS 8.1 or later. Compatible with iPhone, iPad, and iPod touch.

## Customer Ratings
We have not received enough ratings to display an average for the current version of this application.

## More iPhone Apps by Candy Lab inc.



### Description
Welcome to Texas Rope Em! The world's first Augmented Reality poker game!

DOWNLOAD Texas Rope 'Em and visit locations to Beat The Dealer & Unlock Achievements!

This poker game is unlike any other! It's fun, it's immersive, it's the greatest poker game in the app store right now!

Visit locations on the map to collect your cards and BEAT THE DEALER!

This is a location-based game and is currently only available in Austin, TX.

Want Texas Rope 'Em in your city? Email: texasropeem@candylab.com

TEXAS ROPE 'EM – HOW TO PLAY
Visit locations on the map to collect your cards
You are dealt a hand of two cards
You can add to your hand by visiting the specific locations on the MAP and collecting a card
Select ONLY one of the two cards at the specific location
You can visit up to three additional locations (for a total of six) after you have acquired your five initial cards
At each of the additional stops, you may choose one of two new cards but you will have to discard one card from your current hand
You can only hold five cards in your deck hand
After playing the hand, all cards are removed
You can play as many times as you want and you'll be dealt new cards each time.
All in Augmented Reality!
Don't forget to share your achievements on social media!
PLAY Texas Rope 'Em and GRAB 'Em by The Cards!

Join the Texas Rope 'Em Community!
Instagram: texasropeem
Twitter: @texasropeem

Candy Lab inc. Web Site ›   Texas Rope 'Em! Support ›

### What's New in Version 1.2
Icon sizes in the camera mode are now smaller.

### iPhone Screenshots

  

Document title: Texas Rope &#39;Em! on the App Store
Capture URL: https://itunes.apple.com/us/app/texas-rope-em/id12044532962?mt=8
Capture timestamp (UTC): Wed, 31 May 2017 16:41:12 GMT

Case 2:17-cv-00569-JPS   Filed 05/31/17   Page 4 of 10   Document 15-1

Page 1 of 3


Arch Grants
View in iTunes ›


Leave It Better CC
View in iTunes ›





## Customers Also Bought

    

Magic Duels
Games
View in iTunes ›

Metaverse – Go ex...
Games
View in iTunes ›

VR Roller Coaster ...
Games
View in iTunes ›

Really Bad Chess
Games
View in iTunes ›

The Room Three
Games
View in iTunes ›

### App Store on Facebook and Twitter

Discover and share new apps. Follow us on @AppStore.
14M Like

### iTunes on Facebook

Discover and share new music, movies, TV, books, and more.
30M Like

### iTunes on Twitter

Follow us @iTunes and discover new iTunes Radio Stations and the music we love.

iTunes

| Shop and Learn | Apple Store | For Education | Account | About Apple |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Apple Info |
| iPad | Genius Bar | Shop for College | Apple Store Account | Newsroom |
| iPhone | Workshops and Learning | | iCloud.com | Job Opportunities |
| Watch | Youth Programs | For Business | | Press Info |
| TV | Apple Store App | Apple and Business | Apple Values | Investors |
| Music | Refurbished and Clearance | Shop for Business | Accessibility | Events |
| iTunes | Financing | | Education | Contact Apple |
| iPod | Reuse and Recycling | | Environment | |
| Accessories | Order Status | | Inclusion and Diversity | |
| Gift Cards | Shopping Help | | Privacy | |
| | | | Supplier Responsibility | |

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2017 Apple Inc. All rights reserved.   Privacy Policy   Terms of Use   Sales and Refunds   Legal   Site Map   🇺🇸 United States

Document title: Texas Rope &#39;Em! on the App Store
Capture URL: https://itunes.apple.com/us/app/texas-rope-em/id1204453296?mt=8
Capture timestamp (UTC): Wed, 31 May 2017 16:41:12 GMT
Page 2 of 3

Case 2:17-cv-00569-JPS   Filed 05/31/17   Page 6 of 10   Document 15-1



| | |
|---|---|
| Document title: | Texas Rope 'Em! - Android Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?id=com.candylab.TexasRopeEm |
| Captured site IP: | 216.58.217.78 |
| Page loaded at (UTC): | Wed, 31 May 2017 16:41:28 GMT |
| Capture timestamp (UTC): | Wed, 31 May 2017 16:41:56 GMT |
| Capture tool: | v5.2.1 |
| Page Vault server IP: | 54.175.14.236 |
| Browser engine: | Chrome/58.0.3029.81 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 4 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/626557 |
| User: | husch-brian |

PAGE VAULT PDF REF#: 8ctFqmpKfq1wPjGzacdsZ1



EXHIBIT 2



At each of the additional stops, you may choose one of two new cards but you will have to discard one card from your current hand
You can only hold five cards in your deck hand
After playing the hand, all cards are removed
You can play as many times as you want and you'll be dealt new cards each time.
All in Augmented Reality!
Don't forget to share your achievements on social media!
PLAY Texas Rope 'Em and GRAB 'Em by The Cards!

Join the Texas Rope 'Em Community!
Instagram: texasropeem
Twitter: @texasropeem

< Family
Editors' Choice

Account
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

## REVIEWS

5.0
★★★★★
≗ 1 total

★ 5 
★ 4   0
★ 3   0
★ 2   0
★ 1   0

## WHAT'S NEW

Adjusted size of icon in AR view so it's a smaller and doesn't zoom in as much when selected.

## ADDITIONAL INFORMATION

**Updated**
April 28, 2017

**Installs**
100 - 500

**Current Version**
1.1

**Requires Android**
4.4 and up

**Content Rating**
Teen
Simulated Gambling
Learn more

**Permissions**
View details

**Report**
Flag as inappropriate

**Offered By**
Candy Lab

**Developer**
Visit website
Email demo@candylab.com
Privacy Policy

< Family
Editors' Choice

Account
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

More from developer                                                    See more

  

Document title: Texas Rope &#39;Em! - Android Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.candylab.TexasRopeEm
Capture timestamp (UTC): Wed, 31 May 2017 16:41:56 GMT

   

Arch Grants　　Leave It Better C...　　Mystery of God　　Gray Seasons
Candy Lab　　　Candy Lab　　　　Candy Lab　　　　Candy Lab

★★★★ FREE　　★★ FREE　　★★★★ FREE　　FREE

©2017 Google   Site Terms of Service   Privacy   Developers   Artists   About Google
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.