UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CANDY LAB, INC.,
a Nevada Corporation,

    Plaintiff,

Case No. 17-CV-00569-JPS

v.

MILWAUKEE COUNTY, a municipal
corporation; MILWAUKEE COUNTY
BOARD OF SUPERVISORS; and
MILWAUKEE COUNTY DEPARTMENT
OF PARKS, RECREATION, AND
CULTURE,

    Defendants.

## DECLARATION OF MARGARET DAUN IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

MARGARET DAUN, declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I make this declaration based upon my personal knowledge of the facts attested to herein.

2. I am the Corporation Counsel for Milwaukee County.

3. My job duties include those set forth in Wis. Stat. § 59.42(2)(b).

4. I am familiar with Section 47.03 of the Milwaukee County Code of Ordinances and the corresponding permit process.

5. I have regular communication with the Milwaukee County Department of Parks, Recreation and Culture.

6. As of the date of this Declaration, Plaintiff, Candy Lab, Inc. has not submitted a request for a permit to Milwaukee County for Texas Rope 'Em or any other augmented reality game pursuant to Section 47.03 of the Milwaukee County Code of Ordinances.

7. Milwaukee County has not and currently is not enforcing Section 47.03 of the Milwaukee County Code of Ordinances against Candy Lab, Inc.

Dated this 31st day of May, 2017.

s/ *Margaret Daun*
Margaret Daun