# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CANDY LAB INC.,

        Plaintiff,

v.

MILWAUKEE COUNTY,
MILWAUKEE COUNTY BOARD OF
SUPERVISORS, and MILWAUKEE
COUNTY DEPARTMENT OF PARKS,
RECREATION, AND CULTURE,

        Defendants.

Case No. 17-CV-569-JPS

**PERMANENT INJUNCTION**

        Upon consideration of the stipulation of the parties (Docket #31) and the record as a whole, the Court finds as follows:

        1.      The Court has original jurisdiction over the claims in this matter pursuant to 28 U.S.C. § 1331;

        2.      Plaintiff prevailed on the merits of its claims under 28 U.S.C. § 1983 for violations of the First Amendment;

        3.      Plaintiff will suffer irreparable harm if Defendants are permitted to enforce Section 47.03(3) of the Milwaukee County Code of General Ordinances, adopted in Resolution 16-637 by the Milwaukee County Board of Supervisors on February 2, 2017 and signed into law by Milwaukee County Executive Chris Abele on February 10, 2017 (the "Ordinance");

        4.      Plaintiff has no adequate remedy at law;

5. Greater injury will be inflicted upon Plaintiff by the denial of injunctive relief than will be inflicted upon Defendants by the granting of such relief; and

6. The issuance of injunctive relief will not disserve the public interest.

Accordingly,

**IT IS ORDERED** that Defendants Milwaukee County, the Milwaukee County Board of Supervisors, and the Milwaukee County Department of Parks, Recreation, and Culture and their employees, agents, and representatives, and all persons in active concert or participation with any of them are enjoined and restrained from enforcing the Ordinance.

Dated at Milwaukee, Wisconsin, this 29th day of December, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge