# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CANDY LAB INC.,

                           Plaintiff,

v.

MILWAUKEE COUNTY,
MILWAUKEE COUNTY BOARD OF
SUPERVISORS, and MILWAUKEE
COUNTY DEPARTMENT OF PARKS,
RECREATION, AND CULTURE,

                           Defendants.

Case No. 17-CV-569-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED and ADJUDGED**, pursuant to 28 U.S.C. § 2201, that Section 47.03(3) of the Milwaukee County Code of General Ordinances, as adopted in Resolution 16-637 by the Milwaukee County Board of Supervisors on February 2, 2017, and signed into law by Milwaukee County Executive Chris Abele on February 10, 2017 (the "Ordinance"), violates the First Amendment to the Constitution of the United States (Docket #27 and #32);

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Court has entered a permanent injunction against Defendants Milwaukee County, the Milwaukee County Board of Supervisors, and the Milwaukee County Department of Parks, Recreation, and Culture, and their employees, agents, representatives, and all persons in active concert or participation with any of them, enjoining and restraining them from enforcing the Ordinance (Docket #33);

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the parties' stipulation and attachments thereto (Docket #31), and in

accordance with 42 U.S.C. § 1988, Plaintiff Candy Lab Inc. shall have and recover from Defendants Milwaukee County, the Milwaukee County Board of Supervisors, and the Milwaukee County Department of Parks, Recreation, and Culture a portion of Plaintiff's costs and attorney's fees, in the stipulated amount of $83,000.00, together with post-judgment interest as provided for by law (Docket #32); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

December 29, 2017
_____
_____
Date

*s/ Jodi L. Malek*
By: Deputy Clerk